66. The Court finds this Third Modified Consent Decree to be a reasonable and fair settlement of matters pending among the parties, which adequately protects the public interest in accordance with the Clean Water Act, 33 U.S.C. §§ 1251, et seq.

Dated and entered this **7th** day of **April**

_Richard D. Stearns_
United States District Judge